**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

ROSIE MAE JONES                                              PLAINTIFF


v.                          Civil No. 1:15-cv-01005


COMMISSIONER, SOCIAL                                        DEFENDANT
SECURITY ADMINISTRATION

## ORDER

Plaintiff has submitted a Complaint for filing, together with Motion for Leave to Proceed *in forma pauperis (*IFP*).*  ECF No. 2.  On February 5, 2015, Plaintiff was ordered to file an Amended IFP Application by February 19, 2015, based on the failure to completely answer Question 5 on the IFP Application.  ECF No. 5.  On February 20, 2015, based on Plaintiff's  failure to file an Amended IFP Application, Plaintiff's Motion for Leave to Proceed *in forma pauperis* was denied and Plaintiff was directed to pay the filing fee of $400.00 within twenty (20) days of the date of that order. ECF No. 7.

On March 9, 2015, Plaintiff filed her Motion for Reconsideration of Order denying Motion for Leave to Proceed *in forma pauperis.*  ECF No. 8.  Having considered Plaintiff's Motion along with the attached exhibits, the Court finds and rules as follows:

Plaintiff's Motion for Reconsideration of Order denying Motion for Leave to Proceed *in forma pauperis* (ECF No. 8) is **GRANTED** and the Court's Order denying Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 7) is **VACATED.**  Further, Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.**  Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant CAROLYN COLVIN, Commissioner, Social Security

Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore.  The Defendant is Ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED** this **16th day of March, 2015.**


/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE